IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

MOUNTAIN VALLEY PIPELINE, LLC,

            Petitioner,

v.                                          Civil Action No.  5:15-cv-3858

KENNETH DOSIER, ROBERT BERRY, MICHAEL LOSCH,
KATHRYN S. ROBERTSON; BARRY C. PALLAY, CHARLES F.
CHONG, REBECCA A. CHONG, HILRY GORDON, STEPHEN J. DRISCOLL,
JOYCE DRISCOLL, ROGER A. BOXWELL, JAMES DAVID
RITTER, JAMES M. RITTER, LAKE FLOYD CLUB, LINDA
E. HARRINGTON; STANLEY RICOTILLI, HUBERT S. TRACEY,
RACHEL K. TRACEY, WILLIAM S. GROVE, EDWARD
LOCKWOOD, DENVER WHITAKER, JEFFREY DOUGLAS BRYANT,
OTHELLA GRACE LEGG, LLOYD SHOEMAKER, LAKE T.
SHOEMAKER, JR., LUCIEN J. DAIGNEAULT, JUDY WILDA,
GREEN VALLEY COAL COMPANY, MELISSA HOWARD,
W. NATHANIEL BERNHART, MELVIN CARLOS HUFFMAN,
GETHYL SUE HUFFMAN, DBA BUCKRIDGE FARM, ANTHONY
M. CARTER, ROBERT L.ALLEN, ROGER ALLEN, SARA L. ALM,
HAROLD BOSTIC, LERESSA BOSTIC, WADE C. NEEL, JOE NEEL,
WOODROW ESTEP, RANDY L. STONE, JR., KIMBERLY STONE,
STEVE BALLARD, CATHY BALLARD, DONNA HUFFMAN, EVERETTE
CLENDENEN, MARIETTA CLENDENEN, RODNEY KENNEDY,
SUZANNE FRY (SOUCIER), HAROLD BUTLER, ROBERT JACKSON,
MELISSA WEIKLE, HOBERT KEVIN BARTRAM, ROBERT Q. JONES,
ARLENE BARE, DALEL. MCMILLION, ALICIA MCMILLION,
D. LANE MCMILLION, MICHAEL WILLIAMS, ANDREA WILLIAMS,
HARLEY MCCLUNG, JUDY MCCLUNG, TED L. MEADOWS,
SHIRLEY MARIE MEADOWS, ROGER A. FLANAGAN, BETTY J. FLANAGAN,
SHELLY ANDREW MARTIN, JACOB MARTIN, ANDREW MARTIN,
CLARENCE A. THOMAS, JOYCE L. THOMAS, WHITE PINE INC.,
LOWELL MCCLUNG, WILDA LEEHALDEMAN, KENNETH
HOLLANDSWORTH, MARGARET ANN BURKHARDT, ELDEN W.
DOTSON, GERALDINE S. DOTSON,LIFE ESTATE TENANTS,
GREGORY WAYNE DOTSON,REMAINDERMAN, MARGARET
MILLER HYPES, THOMAS HARVEY, LINDA HARVEY, JAMES DALE
MILLER, PHILLIP HARRAH, JEAN C. MILLS, TAMMY A. CAPALDO,
CAITLYN A. GRAGG, CALVIN LANE, CARROLL LANE, MARIE COMER,
WILLIAM D. COMER, JR., ALMA CARPENTER, ROBERT ENOS CARPENTER,
JAMES H. MCCOMBS, CHARLOTTE S. MCCOMBS, AND DELLA MAE CLAY,

            Respondents.

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF ALL DEFENDANTS

Now comes Plaintiff, Mountain Valley Pipeline, LLC, by counsel, and moves this Court for an order voluntarily dismissing without prejudice all claims against all Defendants, pursuant to Rule 41(a)(2) of the *Federal Rules of Civil Procedure*.

In support of this Motion, Plaintiff submits that no counterclaims have been filed by any Defendant, that no crossclaims or third-party complaints have been filed by said Defendants, and that no defendant will lose any substantial right as a result of the requested dismissal.   Plaintiff further submits that given the number of parties involved in the present action, a voluntary dismissal without prejudice of the above-named Defendants by order of the Court would be more efficient than a stipulation by all represented and *pro se* parties.

WHEREFORE, Plaintiff, Mountain Valley Pipeline, LLC, moves this Court to dismiss without prejudice the above-captioned civil action against all defendants.


Respectfully submitted,


**MOUNTAIN VALLEY PIPELINE, LLC**

By Counsel

 /s/  Kenneth Brian Adkins
Charles S. Piccirillo
(W.Va. State Bar ID:  2902)
Kenneth Brian Adkins
(W.Va. State Bar ID:  9621)
Shaffer & Shaffer, PLLC
330 State Street
P.O. Box 38
Madison, West Virginia  25130
Telephone:  (304) 369-0511
badkins@shafferlaw.net

*Attorneys for Mountain Valley Pipeline, LLC*

2

CERTIFICATE OF SERVICE

      I hereby certify that on the 2nd day of November, 2017, I caused to be filed the foregoing "PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF ALL DEFENDANTS" with the Clerk of the Court by using the CM/ECF system, which will send notification of such filing to all counsel of record. I further certify that on the date last written above, I forwarded a copy of the aforesaid Motion to the below-named *pro se* parties via U.S. Mail, postage prepaid, addressed as follows:

Edward Lockwood
P. O. Box 685
Alderson, WV 24910

Kathryn S. Robertson
2690 Pleasant Hill Road
Ireland, WV 26376

Kenneth Dosier
7994 Muddy Creek Mtn. Road
Lewisburg, WV 24901

                                                    /s/ Kenneth Brian Adkins
                                                    Kenneth Brian Adkins
                                                    WVSB #9621